**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CRIMINAL ACTION** |
| **v.** | ) | |
| | ) | **No. 08-20160-02-KHV** |
| **MARTIN ARRENDONDO-VALENZUELA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

On November 12, 2009, the Court sentenced defendant to 360 months in prison.  On May 5, 2023, the Court reduced the sentence of co-defendant Juan Mata-Soto from life to 240 months.  On May 5, 2023, the Court ordered the government to show good cause in writing why the Court, sua sponte under 18 U.S.C. § 3582(c)(1)(A), should not reduce defendant's sentence.  This matter is before the Court on defendant's Unopposed Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #560) filed May 31, 2023, which proposes an agreed reduced sentence of 202 months.  For substantially the reasons stated in defendant's Unopposed Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #560), the Court sustains defendant's motion.  Under 18 U.S.C. § 3582(c)(1)(A)(i), the Court reduces defendant's sentence of 360 months in prison to 202 months.

**IT IS THEREFORE ORDERED** that defendant's Unopposed Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #560) filed May 31, 2023 is **SUSTAINED. The Court reduces defendant's sentence of 360 months in prison to 202 months.   Except as modified above, all other terms and conditions of the Judgment In A Criminal Case (Doc. #207) filed November 13, 2009 shall remain in effect.**

Dated this 2nd day of June, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge